UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VINCENT EDWARD ROPER,

        Petitioner,

    v.

STATE OF WASHINGTON,

        Respondent.

Case No.  C08-5049BHS/JKA

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**.  Petitioner does not appear to have access to funds to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to petitioner.

    DATED this 19 day of February, 2008.

                                  */S/ J. Kelley Arnold*
                                  J. Kelley Arnold
                                  United States Magistrate Judge